# United States Bankruptcy Court

Middle District of Georgia

Date: 5/29/19

In re:

    Willie English Chester Jr.
    1541 Martin Luther King Dr.
    Greensboro, GA 30642

Debtor(s)

Case No. 19–30518 JPS

Chapter 13

Mr. Cowart:

Please upload an order with a date that states the day the missing documents will be filed on debtor's motion to extend time to file documents. The deadline shown in the motion has passed and the Judge may want the motion amended to show a future day. I can submit the order if you wish along with a note regarding the date in the motion but you may want to file an amended motion and order.

Thank you.

Venice Clowers, 478–749–6818

Deputy Clerk
United States Bankruptcy Court