**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                                                                       CHAPTER 13

Willie English Chester Jr.

DEBTOR(S)                                                                                    CASE NO.19–30518 JPS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

IT APPEARING to the court that the above–named debtor(s) filed a(n) voluntary petition on May 4, 2019 without the required filing fee and that the filing fee in the amount of $110.00 remains unpaid;
Now, therefore it is hereby
**ORDERED** that the debtor show cause why this case should not be dismissed for the failure to pay filing fees ; and it is hereby further
**ORDERED** that if the filing fee is paid in full on or before **twenty–one (21) days** from the date of this order, this show cause order shall be dissolved and the case will continue in good standing in accordance with the requirements of the Bankruptcy Code; and it is hereby further
**ORDERED** that if the debtor files a request for a hearing within the **twenty–one (21) days** of the date of this Order, a hearing will be convened to consider any cause shown by debtor; and it is hereby further
**ORDERED** that upon the failure of the debtor to pay the filing fees or to request a hearing within **twenty–one (21) days** of this order, the bankruptcy case will be dismissed without further notice or hearing.



Dated: 7/11/19                                                                    /s/ James P. Smith
                                                                                              United States Bankruptcy Judge